UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| JAMES STOUT, on behalf of himself and others similarly situated | CASE NO. 3:23-CV-01479-JO-DEB |
| Plaintiff, | [PROPOSED] ORDER FOR DISMISSAL OF ACTION |
| v. | |
| RESIDENTIAL ELEVATORS, INC., a Florida corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Having reviewed the Stipulation of the parties, and good cause appearing, the Court orders as follows:

Pursuant to Civil Local Rule 7.2, the Stipulation of the parties is approved. This action is dismissed in its entirety under Federal Rule of Civil Procedure 41(a)(1), with all of the Plaintiff's individual claims being dismissed with prejudice, and all of the class claims being dismissed without prejudice.

Each party shall bear his or its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: 12/11/23

_____
JUDGE JINSOOK OHTA
UNITED STATES DISTRICT JUDGE

1